IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KAFI HUNTER                                                                                      PLAINTIFF

v.                                    No. 4:24-cv-1120-DPM

REGIONS BANK                                                                             DEFENDANT

ORDER

Complaint noted. I've been a Regions Bank customer (accounts and loans) for many years. I deal almost exclusively with the folks at Regions locations in Jonesboro. I don't know Ms. Hunter or anything about the events described in the complaint. In the circumstances, I don't believe my impartiality could reasonably be questioned. 28 U.S.C. § 455(a). But I wanted to put these facts of record so that any party may ask for reconsideration promptly. Any such motion is due no later than thirty days after Regions is served.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

23 December 2024