# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

KAFI HUNTER                                                                 PLAINTIFF

v.                                  No. 4:24-cv-1120-DPM

REGIONS BANK                                                              DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 4 January 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

5 November 2025